**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 18-32643 HDH Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | LARSON GROUP, LLC | Date Filed (f) or Converted (c): | 08/06/18 (f) |
| | | 341(a) Meeting Date: | 10/24/18 |
| For Period Ending: 03/31/22 | | Claims Bar Date: | 02/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 21,855.00 | 21,855.00 | | 21,855.00 | FA |
| 2. BANK OF AMERICA - CHECKING ACCOUNT  BALANCE ON 07/31/2018 WAS -2,623.35  BALANCE ON 08/06/2018 WAS $119.00 BUT ACCOUNT FROZEN | 119.00 | 119.00 | | 0.00 | FA |
| 3. ACCT. RECEIVABLE  A/R - OVER 90 DAYS OLD | 65,620.00 | 65,620.00 | | 31,820.00 | FA |
| 4. RAW MATERIALS  DIALS FOR ROLEX WATCHES; BAND FOR ROLEX WATCHES IN PIECES; ROLEX BOXES | 20,000.00 | 20,000.00 | | 16,471.90 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $107,594.00 | $107,594.00 | $70,146.90 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR IN PROCESS. ESTIMATED DATE OF CLOSING 04/15/2022

Initial Projected Date of Final Report (TFR): 08/01/19    Current Projected Date of Final Report (TFR): 04/15/22

LFORM1

Ver: 22.04a